OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0006557458   MAR 31 2015
MAILED FROM ZIP CODE 78701

3/25/2015

**ELLER, NATHAN RAY    Tr. Ct. No. W13-44934-Y (A)**

WR-83,051-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

**78711**

Abel Acosta, Clerk

Discharged

NATHAN RAY ELLER
HUTCHINS UNIT - TDC # 1970806
1500 E. LANGDON RD.
DALLAS, TX 75241